# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO: 3:05-cr-239-J-20HTS

PORFIRIO JIMENEZ-PORRAS

_____

## ORDER

This cause came on to be heard on July 27, 2005, for the scheduled Waiver of Indictment and change of plea hearing. At the hearing the defendant and counsel executed and filed in open court a Waiver of Statute of Limitations and Waiver of Venue. Defendant was advised of his rights concerning the Waiver of Statute of Limitations and Waiver of Venue. The Court finds the defendant knowingly, intentionally, voluntarily and freely waived any defense he may have to the charges under the statute of limitations, 18 U.S.C. §3282, and his right to venue, based upon the Constitution, statutes, or Federal Rules of Criminal Procedure, in the Southern District of Texas, and agree that venue may lie in the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2005.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
Asst. Federal Public Defender (Call)